1   Gregory Evans (CSBN 147623)
    Keola R. Whittaker (CSBN 290640)
2   Alicia C. O'Brien (CSBN 307301)
3   McGUIRE WOODS LLP
    Wells Fargo Center, South Tower
4   355 S. Grand Avenue, Suite 4200
    Los Angeles, California 90071
5   Telephone: (213) 457-9840
    Email: gevans@mcguirewoods.com
6   Email: kwhittaker@mcguirewoods.com
    Email: aobrien@mcguirewoods.com
7   *(Pro Hac Vice Applications Forthcoming)*
8
    Matthew C. Addison (NSBN 4201)
9   MCDONALD CARANO LLP
    100 West Liberty Street, 10th Floor
10  Reno, Nevada 89501
    Telephone: (775) 788-2000
11  Facsimile:  (775) 788-2020
12  Email: maddison@mcdonaldcarano.com

13  Attorneys for Defendants Sacramento Valley Limited Partnership
    d/b/a Verizon Wireless; Epic Wireless; and Andrew Lesa
14
15              IN THE UNITED STATES DISTRICT COURT

16              FOR THE DISTRICT OF NEVADA

17  GREGORY O.  GARMONG,                   CASE NO:  3:17-cv-00701-LRH-VPC

18                     Plaintiff,
                                           **STIPULATION AND (PROPOSED)**
19  v.                                     **ORDER FOR EXTENSION OF TIME TO**
                                           **FILE RESPONSIVE PLEADING**
20
21  LYON COUNTY, NEVADA; LYON
    COUNTY BOARD OF
22  COMMISSIONERS; SMITH VALLEY
    FIRE PROTECTION DISTRICT;
23  MICHAEL P. BOUDREAU;
    SACRAMENTO VALLEY LIMITED
24  PARTNERSHIP d/b/a VERIZON
    WIRELESS; EPIC  WIRELESS;
25  ANDREW LESA, all in their individual
    and official capacities,
26
27                     Defendants.
28

FILED ✓     RECEIVED ____
ENTERED ____     SERVED ON ____
COUNSEL/PARTIES OF RECORD

MAR 1 4 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

1    COME NOW, Plaintiff Gregory O. Garmong, ("Plaintiff") and Defendants,

2  Sacramento Valley Limited Partnership d/b/a Verizon Wireless, Epic Wireless and

3  Andrew Lesa ("Defendants"), by and through their undersigned counsel, and hereby

4  stipulate to an extension of time wherein Defendants may file a responsive pleading to

5  the Complaint, up to and including April 20, 2018.

6    This extension is requested because Defendants are in the process of executing

7  a joint representation agreement and, once that agreement is finalized, Defendants will

8  ///

9  ///

10  ///

11  ///

12  ///

13  ///

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1    be represented by out-of-state attorneys who will thereafter file *pro hac vice* applications

2    with this Court.

3    RESPECTFULLY SUBMITTED this 13th day of March, 2018.

4    McGUIRE WOODS LLP

5

6    By: /s/ Carl M. Hebert                    By: /s/ Matthew C. Addison
7    CARL M. HEBERT (NSBN 250)                 Gregory Evans (CSBN 147623)
     202 California Avenue                     Keola R. Whittaker (CSBN 290640)
     Reno, Nevada 89509                        Alicia C. O'Brien (CSBN 307301)
8    Telephone:  (775) 323-5556                355 S. Grand Avenue, Suite 4200
     Email: carl@cmhebertlaw.com               Los Angeles, California 90071
9                                              Telephone: (213) 457-9840
                                               Email: gevans@mcguirewoods.com
10   Attorneys for Plaintiff                   Email:kwhittaker@mcguirewoods.com
     Gregory O. Garmong                        Email: aobrien@mcguirewoods.com
11                                             *Pro Hac Vice Applications Forthcoming*
                                               *(Lead Counsel)*
12

13                                             Matthew C. Addison (NSBN 4201)
                                               McDONALD CARANO LLP
14                                             100 West Liberty Street, 10th Floor
                                               Reno, Nevada 89501
15                                             Telephone: (775) 788-2000
                                               Facsimile:  (775) 788-2020
16                                             Email: maddison@mcdonaldcarano.com

17

18                                             Attorneys for Defendants
                                               Sacramento Valley Limited Partnership
19                                             d/b/a Verizon Wireless; Epic Wireless;
                                               and Andrew Lesa

20

21                                             IT IS SO ORDERED.

22

23

24                                             UNITED STATE MAGISTRATE JUDGE

25                                             DATED: March 14, 2018

26

27

28

3

1

### CERTIFICATE OF SERVICE

2      Pursuant to FRCP 5(b), I certify that I am an employee of McDonald Carano LLP

3  and on the 13th day of March 2018, I caused an envelope, containing a true and correct

4  copy of the foregoing **STIPULATION AND [PROPOSED] ORDER FOR EXTENSION**

5  **OF TIME TO FILE RESPONSIVE PLEADING** to be deposited for mailing in the U.S.

6  Mail at Reno, Nevada, with postage prepaid, addressed to the following person:

7      CARL M. HEBERT
       202 California Avenue
8      Reno, NV 89509

9                                    /s/ Nancy A. Hoy
                                     Nancy A. Hoy

10

11  4851-6420-2847, v. 1

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28