Katherine F. Parks, Esq. - State Bar No. 6227
Thorndal Armstrong Delk Balkenbush & Eisinger
6590 S. McCarran Blvd., Suite B
Reno, Nevada 89509
(775) 786-2882
kfp@thorndal.com
Attorneys for Defendants
LYON COUNTY AND
LYON COUNTY BOARD OF COMMISSIONERS

FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

MAR 14 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GREGORY O. GARMONG,<br><br>Plaintiff,<br><br>vs.<br><br>LYON COUNTY, NEVADA; LYON COUNTY BOARD OF COMMISSIONERS; SMITH VALLEY FIRE PROTECTION DISTRICT; MICHAEL P. BOUDREAU; SACRAMENTO VALLEY LIMITED PARTNERSHIP d/b/a VERIZON WIRELESS; EPIC WIRELESS; ANDREW LESA, all in their individual and official capacities,<br><br>Defendants. | CASE NO. 3:17-cv-00701-LRH-VPC<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |

COMES NOW Plaintiff, GREGORY O. GARMONG, and Defendant, LYON COUNTY and/or LYON COUNTY BOARD OF COMMISSIONERS, by and through their respective undersigned counsel, and hereby stipulate and agree that Defendants Lyon County and Lyon County Board of Commissioners shall have through Wednesday, March 21, 2018, in which to file a responsive pleading to Plaintiff's Complaint [ECF 1].

///

- 1 -

1  This is the first request for extension for Lyon County and the Lyon County Board of
2  Commissioners to respond to Plaintiff's Complaint.

| DATED this 14th day of March, 2018. | DATED this 14th day of March, 2018. |
|---|---|
| LAW OFFICE OF CARL HEBERT | THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER |
| BY: / s / *Carl M. Hebert* <br> Carl M. Hebert, Esq. <br> 202 California Avenue <br> Reno, Nevada 89509 <br> Attorney for Plaintiff <br> *GREGORY O. GARMONG* | By: / s / *Katherine F. Parks* <br> Katherine F. Parks, Esq. <br> State Bar No. 6227 <br> 6590 S. McCarran Blvd., Suite B <br> Reno, Nevada 89509 <br> (775) 786-2882 <br> kfp@thorndal.com <br> Attorneys for Defendant <br> LYON COUNTY BOARD OF COMMISSIONERS AND LYON COUNTY |

**ORDER**

IT IS SO ORDERED.

DATED: _March 14_, 2018.

_____
UNITED STATES MAGISTRATE JUDGE