# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| GREGORY O. GARMONG,<br><br>    Plaintiff,<br><br>vs.<br><br>LYON COUNTY, NEVADA; LYON COUNTY BOARD OF COMMISSIONERS; SMITH VALLEY FIRE PROTECTION DISTRICT; MICHAEL P. BOUDREAU; SACRAMENTO VALLEY LIMITED PARTNERSHIP d/b/a VERIZON WIRELESS; EPIC WIRELESS; ANDREW LESA, all in their individual and official capacities,<br><br>    Defendants. | **ORDER REGARDING:**<br><br>**3:17-cv-00701**<br><br>**STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO OPPOSE THE MOTION TO DISMISS OF SMITH VALLEY FIRE PROTECTION DISTRICT AND MICHAEL P. BOUDREAU**<br><br>**(First Request)** |

Plaintiff Gregory O. Garmong and defendants Smith Valley Fire Protection District and Michael P. Boudreau, through their respective undersigned counsel of record, stipulate that the plaintiff may have to and including March 23, 2018 by which to file an opposition to the motion to dismiss filed by these named defendants on March 5, 2018. An opposition is currently due on March 19, 2018.

The plaintiff needs the additional time to complete the research and preparation of his opposition to this potentially dispositive motion.

This is the first stipulation by the plaintiff for an extension of time.

Stipulation for extension of time in 3:17-cv-00701 continued.

DATED this 16th day of March, 2018.

        /S/ Carl M. Hebert
        CARL M. HEBERT, ESQ.

        Counsel for plaintiff Garmong

DATED this 16th day of March, 2018.

        /S/ Justin H. Pfrehm
        JUSTIN H. PFREHM. ESQ.

        Counsel for defendants Smith Valley Fire Protection District and Michael P. Boudreau

IT IS SO ORDERED:

DATED this 19th day of March, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE