1
2
3
4
5

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

GREGORY O. GARMONG,

    Plaintiff(s),

vs.

LYON COUNTY, NEVADA, et al.,

    Defendant(s).

Case #3:17-cv-00701-LRH-VPC

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

    __Keola Robert Whittaker__, Petitioner, respectfully represents to the Court:
    (name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

__McGuireWoods LLP__
(firm name)

with offices at __355 S. Grand Avenue, Suite 4200__,
(street address)

__Los Angeles__, __California__, __90071__,
(city) (state) (zip code)

__(213) 457-9848__, __kwhittaker@mcguirewoods.com__.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

__Sacramento Valley Limited Partnership d/b/a__ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since June 21, 2013 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of California (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| State of California | 06/21/2013 | 290640 |
| U.S. District Court, Central District of California | 07/18/2013 | |
| U.S. District Court, Southern District of New York | 02/24/2009 | |
| State of New York | 07/24/2008 | 4627659 |
| Fifth Circuit Court of Appeals | 05/24/2016 | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.) None.

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

(State "none" if Petitioner has never been denied admission.) None

7. That Petitioner is a member of good standing in the following Bar Associations.

(State "none" if Petitioner is not a member of other Bar Associations.) California and New York

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| October 14, 2016 | | Third Judicial District | Granted |
| March 13, 2018 | Garmong v. Lyon Co. | Nevada Supreme Court | Granted |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ___California___ )
                          )
COUNTY OF ___Los Angeles___ )

___Keola Robert Whittaker___, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

___12 th___ day of ___March___, ___2018___.

_____
Notary Public or Clerk of Court

K. HERNANDEZ
Commission # 2126075
Notary Public - California
Los Angeles County
My Comm. Expires Sep 5, 2019

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___Matthew Christopher Addison___,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

___100 W. Liberty Street, 10th Flr.___,
(street address)

___Reno___, ___Nevada___, ___89501___,
(city)        (state)        (zip code)

___(775) 788-2000___, ___maddison@mcdonaldcarano.com___.
(area code + telephone number) (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Matthew Christopher Addison_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Donna B. Barrett, Staff Counsel for Verizon Wireless
(type or print party name, title)

_____
(party's signature)

Andrew Lesa, Project Manager for Epic Wireless Grp. LLC
(type or print party name, title) and Andrew Lesa as an individual

## CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

4201                              maddison@mcdonaldcarano.com
Bar number                        Email address

APPROVED:
Dated: this __16__ day of __April__, 20__18__.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Matthew Christopher Addison_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)
Donna B. Barrett, Staff Counsel for Verizon Wireless
(type or print party name, title)

___/s/_____
(party's signature)

Andrew Lesa, Project Manager for Epic Wireless Grp. LLC
(type or print party name, title) and Andrew Lesa as an individual

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

___/s/ M. Addison_____
Designated Resident Nevada Counsel's signature

4201                    maddison@mcdonaldcarano.com
Bar number              Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 12th day of March, 20 18, by Keola Robert Whittaker ,
_____
proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

K. HERNANDEZ
Commission # 2126075
Notary Public - California
Los Angeles County
My Comm. Expires Sep 5, 2019

(Seal)   Signature X. H____



**THE STATE BAR
OF CALIFORNIA**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617      TELEPHONE: 888-800-3400

## CERTIFICATE OF STANDING

February 26, 2018

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, KEOLA ROBERT WHITTAKER, #290640 was admitted to the practice of law in this state by the Supreme Court of California on June 21, 2013; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Denise Velasco
Custodian of Membership Records

**Appellate Division of the Supreme Court
of the State of New York
First Judicial Department**

---

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

# KEOLA ROBERT WHITTAKER

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on July 25, 2008, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

March 9, 2018

1132

_____
Clerk of the Court