Gregory Evans (CSBN 147623)
Keola R. Whittaker (CSBN 290640)
Alicia C. O'Brien (CSBN 307301)
McGUIRE WOODS LLP
Wells Fargo Center, South Tower
355 S. Grand Avenue, Suite 4200
Los Angeles, California 90071
Telephone: (213) 457-9840
Email: gevans@mcguirewoods.com
Email: kwhittaker@mcguirewoods.com
Email: aobrien@mcguirewoods.com
*(Admitted Pro Hac Vice)*

Matthew C. Addison (NSBN 4201)
MCDONALD CARANO LLP
100 West Liberty Street, 10th Floor
Reno, Nevada 89501
Telephone: (775) 788-2000
Facsimile: (775) 788-2020
Email: maddison@mcdonaldcarano.com

*Attorneys for Defendants Sacramento Valley Limited Partnership
d/b/a Verizon Wireless; Epic Wireless; and Andrew Lesa*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| GREGORY O. GARMONG,<br><br>Plaintiff,<br><br>v.<br><br>LYON COUNTY, NEVADA; LYON COUNTY BOARD OF COMMISSIONERS; SMITH VALLEY FIRE PROTECTION DISTRICT; MICHAEL P. BOUDREAU; SACRAMENTO VALLEY LIMITED PARTNERSHIP d/b/a VERIZON WIRELESS; EPIC WIRELESS; ANDREW LESA, all in their individual and official capacities,<br><br>Defendants. | CASE NO: 3:17-cv-00701-RCJ-VPC<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE**<br>**(First Request)** |

Pursuant to Fed. R. Civ. P. 6(b)(1)(A) and Local Rules IA 6-1 and 6-2, Plaintiff Gregory O. Garmong, ("Plaintiff") and Defendants, Sacramento Valley Limited Partnership d/b/a Verizon Wireless, Epic Wireless, and Andrew Lesa ("Defendants"), by

and through their undersigned counsel, hereby stipulate and agree to an extension of time wherein Defendants may file an opposition to Plaintiff's Motion to Strike filed on May 4, 2018 (ECF No. 45). Because Defendants need additional time to prepare and finalize the opposition, Plaintiff has courteously agreed that Defendants shall have up to and including May 25, 2018 to respond. This is the first stipulation for an extension of time to file an opposition to the Motion to Strike.

RESPECTFULLY SUBMITTED this 17th day of May, 2018.

McGUIRE WOODS LLP

By: /s/ Carl M. Hebert
CARL M. HEBERT (NSBN 250)
202 California Avenue
Reno, Nevada 89509
Telephone: (775) 323-5556
Email:
carl@cmhebertlaw.com

Attorney for Plaintiff
Gregory O. Garmong

By: /s/ Matthew C. Addison
Gregory Evans (CSBN 147623)
Keola R. Whittaker (CSBN 290640)
Alicia C. O'Brien (CSBN 307301)
355 S. Grand Avenue, Suite 4200
Los Angeles, California 90071
Telephone: (213) 457-9840
Email: gevans@mcguirewoods.com
Email:kwhittaker@mcguirewoods.com
Email: aobrien@mcguirewoods.com
*Admitted Pro Hac Vice*
(*Lead Counsel*)

Matthew C. Addison (NSBN 4201)
McDONALD CARANO LLP
100 West Liberty Street, 10th Floor
Reno, Nevada 89501
Telephone: (775) 788-2000
Facsimile: (775) 788-2020
Email: maddison@mcdonaldcarano.com

Attorneys for Defendants
Sacramento Valley Limited Partnership
d/b/a Verizon Wireless; Epic Wireless;
and Andrew Lesa

* * *

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: ____ May 17, 2018. ____

2