CARL M. HEBERT, ESQ.
Nevada Bar #250
202 California Avenue
Reno, NV 89509
(775) 323-5556
carl@cmhebertlaw.com

Attorney for plaintiff Garmong

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

GREGORY O. GARMONG,

    Plaintiff,

vs.

LYON COUNTY, NEVADA; LYON COUNTY BOARD OF COMMISSIONERS; SMITH VALLEY FIRE PROTECTION DISTRICT; MICHAEL P. BOUDREAU; SACRAMENTO VALLEY LIMITED PARTNERSHIP d/b/a VERIZON WIRELESS; EPIC WIRELESS; ANDREW LESA, all in their individual and official capacities,

    Defendants.

3:17-cv-00701

**STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO OPPOSE MOTIONS TO DISMISS FIRST AMENDED COMPLAINT**

**(FIRST REQUEST)**

    Plaintiff Gregory O. Garmong and defendants Lyon County, Nevada; Lyon County Board of Commissioners; Smith Valley Fire Protection District; Michael P. Boudreau; Sacramento Valley Limited Partnership, doing business as "Verizon Wireless," Epic Wireless and Andrew Lesa, through their respective undersigned counsel of record, enter into the following stipulation for the extension of time:

    1. On September 4, 2018 defendants Smith Valley Fire Protection District and Michael P. Boudreau filed two motions to dismiss the plaintiff's first amended complaint. (## 60 and 61). An opposition to these motions is due September 18, 2018.

    2. On September 6, 2018 defendants Lyon County, Nevada and Lyon

County Board of Commissioners filed a joinder in the motion to dismiss on Article III standing (# 61) filed by defendants Smith Valley Fire Protection District and Michael P. Boudreau ( # 63);

3. On September 7, 2018 defendants Sacramento Valley Limited Partnership, doing business as "Verizon Wireless, Epic Wireless and Andrew Lesa filed a motion to dismiss the plaintiff's first amended complaint. An opposition to this motion is due September 21, 2018 ( # 64).

4. The plaintiff may have to and including October 1, 2018 by which to file oppositions to the three motions to dismiss the first amended complaint.

5. The plaintiff needs the additional time to complete the research and preparation of his oppositions to these potentially dispositive motions.

DATED this 18th day of September, 2018.

/S/ Carl M. Hebert
CARL M. HEBERT, ESQ.
SBN 250
202 California Ave.
Reno, NV 89509
775-323-5556
carl@cmhebertlaw.com

Counsel for plaintiff Garmong

DATED this 18th day of September, 2018.

/S/ Matthew C. Addison
MATTHEW C. ADDISON, ESQ.
SBN 4201
McDonald Carano, LLP
100 W. Liberty Street, 10th Floor
Reno, NV 89501
775-788-2000
maddison@mcdonaldcarano.com

Counsel for defendants Sacramento Valley Limited Partnership doing business as "Verizon Wireless"; Epic Wireless; Andrew Lesa

DATED this 18th day of September, 2018.

/S/ Jack G. Angaran
JACK G. ANGARAN, ESQ.
GEORGESON ANGARAN, CHTD
SBN 711
5450 Longley Lane
Reno, NV 89511
775-827-6440
jack@renotahoelaw.com

Counsel for defendants Smith Valley Fire Protection District and Michael P. Boudreau

DATED this 18th day of September, 2018.

/S/ Katherine F. Parks
KATHERINE F. PARKS, ESQ.
THORNDAHL ARMSTRONG DELK
BALKENBUSH & EISINGER
SBN 6227
6590 S. McCarran Blvd., Suite B
Reno, NV 89509
775-786-2882
kfp@thorndahl.com

Counsel for defendants Lyon County, Nevada; Lyon County Board of Commissioners

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: This 28th day of September, 2018.