1  JACK G. ANGARAN, ESQ., SBN: 711
   JEFFREY D. KOELEMAY, ESQ., SBN: 14558
2  GEORGESON ANGARAN, CHTD.
   5450 Longley Lane
3  Reno, Nevada 89511
   jack@renotahoelaw.com
4  jeff@renotahoelaw.com
   775.827.6440
5
   Attorneys for Defendants
6  Smith Valley Fire Protection District
   and Michael P. Boudreau
7

8                      UNITED STATES DISTRICT COURT
9                           DISTRICT OF NEVADA
10

11 
   GREGORY O. GARMONG,
12
              Plaintiff,                 Case No.: 3:17-cv-00701 RCJ-VPC
13
14 vs.

15 LYON COUNTY, NEVADA; LYON COUNTY
   BOARD OF COMMISSIONERS; SMITH         **STIPULATION FOR EXTENSION OF
16 VALLEY FIRE PROTECTION DISTRICT;      TIME FOR DEFENDANTS SMITH
   MICHAEL P. BOUDREAU; SACRAMENTO       VALLEY FIRE PROTECTION
17 VALLEY LIMITED PARTNERSHIP d/b/a      DISTRICT AND MICHAEL P.
   VERIZON WIRELESS; EPIC WIRELESS;      BOUDREAU TO REPLY IN SUPPORT
18 ANDREW LESA, all in their individual and  OF MOTIONS TO DISMISS**
19 official capacities,

20            Defendants.
21

22    Defendants, SMITH VALLEY FIRE PROTECTION DISTRICT ("SVFPD") and
23 MICHAEL P. BOUDREAU, and Plaintiff GREGORY O. GARMONG, by and through their
24 respective undersigned counsel of record, enter into the following stipulation for the extension of
25 time:
26    1. On September 4, 2018, Defendants SVFPD and BOUDREAU filed two motions to
27       dismiss Plaintiff's First Amended Complaint (ECF #60, pursuant to FRCP 12(b)(6);
28       ECF #61, pursuant to FRCP 12(b)(1)).



GEORGESON
ANGARAN

2. On September 18, 2018, the parties stipulated to an extension of time for Plaintiff to file oppositions to these motions (Stip., ECF #65; Order Granting Stip., ECF #69).

3. On September 28, 2018, Plaintiff filed oppositions to both motions (ECF #66 and ECF #67). Replies to the oppositions are due October 5, 2018.

4. The parties agree that Defendants SVFPD and BOUDREAU may have to and including October 19, 2018 by which to file replies in support of their motions to dismiss.

5. Defendants need the additional time to complete research and preparation for these potentially dispositive motions.

Dated: October 3, 2018

GEORGESON ANGARAN, CHTD.

/S/ Jeffrey D. Koelemay
By:_____
JACK G. ANGARAN, ESQ., SBN: 711
JEFFREY D. KOELEMAY, ESQ. SBN: 14558
Attorneys for Defendants
Smith Valley Fire Protection District and
Michael P. Boudreau

Dated: October 5, 2018

/S/ Carl M. Hebert

CARL M. HEBERT, ESQ., SBN: 250
202 California Ave.
Reno, NV 89509
775-323-5556
carl@cmhebertlaw.com
Attorney for Plaintiff Gregory O. Garmong

**IT IS SO ORDERED.**

_____
UNITED STATES ~~MAGISTRATE~~ JUDGE
Dated: //-02-2018

