Gregory Evans (CSBN 147623)
Keola R. Whittaker (CSBN 290640)
Alicia C. O'Brien (CSBN 307301)
McGUIRE WOODS LLP
Wells Fargo Center, South Tower
355 S. Grand Avenue, Suite 4200
Los Angeles, California 90071
Telephone: (213) 457-9840
Email: gevans@mcguirewoods.com
Email: kwhittaker@mcguirewoods.com
Email: aobrien@mcguirewoods.com
*(Admitted Pro Hac Vice)*

Matthew C. Addison (NSBN 4201)
MCDONALD CARANO LLP
100 West Liberty Street, 10th Floor
Reno, Nevada 89501
Telephone: (775) 788-2000
Facsimile:  (775) 788-2020
Email: maddison@mcdonaldcarano.com

Attorneys for Defendants Sacramento Valley Limited Partnership
d/b/a Verizon Wireless; Epic Wireless; and Andrew Lesa

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| GREGORY O.  GARMONG,<br><br>                Plaintiff,<br><br>v.<br><br>LYON COUNTY, NEVADA; LYON COUNTY BOARD OF COMMISSIONERS; SMITH VALLEY FIRE PROTECTION DISTRICT; MICHAEL P. BOUDREAU; SACRAMENTO VALLEY LIMITED PARTNERSHIP d/b/a VERIZON WIRELESS; EPIC  WIRELESS; ANDREW LESA, all in their individual and official capacities,<br><br>                Defendants. | CASE NO:  3:17-cv-00701-RCJ-CBC<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**<br><br>**(First Request)** |

1   COME NOW, Plaintiff Gregory O. Garmong, ("Plaintiff") and Defendants,
2   Sacramento Valley Limited Partnership d/b/a Verizon Wireless, Epic Wireless and
3   Andrew Lesa ("Defendants"), by and through their undersigned counsel, and hereby
4   stipulate to an extension of time wherein Defendants may file a responsive pleading to
5   the Amended Complaint, up to and including September 7, 2018.

6   Pursuant to LRIA 6-1, Defendants' undersigned local counsel of record admits
7   and accepts personal responsibility for incorrectly conflating the addition of three (3)
8   days from NRCP 6(e) with the lack thereof in FRCP 6(d) upon receipt of electronic
9   service of the subject Amended Complaint. Upon his realization of that error, however,
10   the undersigned immediately called Plaintiff's counsel, admitted the error, apologized for
11   it, and requested the courtesy of a three (3) day extension. Since the parties hereto
12   agree, through their counsel, that the subject error was made in good faith, does not
13   prejudice the Plaintiff and prompt remedial action was taken, they respectfully and

14   ///
15   ///
16   ///
17   ///
18   ///
19   ///
20   ///
21   ///
22   ///
23   ///
24   ///
25   ///
26   ///
27   ///
28   ///

2

1    jointly request this Court approve the requested extension.

2         RESPECTFULLY SUBMITTED this 5th day of September, 2018.

3                                        McGUIRE WOODS LLP

4

5    By: /s/ Carl M. Hebert                    By: /s/ Matthew C. Addison
6        CARL M. HEBERT (NSBN 250)                 Gregory Evans (CSBN 147623)
         202 California Avenue                     Keola R. Whittaker (CSBN 290640)
         Reno, Nevada 89509                        Alicia C. O'Brien (CSBN 307301)
7        Telephone:  (775) 323-5556               355 S. Grand Avenue, Suite 4200
         Email: carl@cmhebertlaw.com              Los Angeles, California 90071
8                                                  Telephone: (213) 457-9840
                                                   Email: gevans@mcguirewoods.com
9        Attorneys for Plaintiff                   Email:kwhittaker@mcguirewoods.com
         Gregory O. Garmong                        Email: aobrien@mcguirewoods.com
10                                                 (Admitted Pro Hac Vice)
                                                   (Lead Counsel)
11

12                                                 Matthew C. Addison (NSBN 4201)
                                                   McDONALD CARANO LLP
13                                                 100 West Liberty Street, 10th Floor
                                                   Reno, Nevada 89501
14                                                 Telephone: (775) 788-2000
                                                   Facsimile:  (775) 788-2020
15                                                 Email: maddison@mcdonaldcarano.com

16

17                                                 Attorneys for Defendants
                                                   Sacramento Valley Limited Partnership
18                                                 d/b/a Verizon Wireless; Epic Wireless;
                                                   and Andrew Lesa
19

20                                        IT IS SO ORDERED.

21

22

23                                        UNITED STATE MAGISTRATE JUDGE

24                                        DATED: 11-2-2018

25

26

27

28

                                        3